STEVEN EDELMAN *v.* DAVID PAGE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 123 Conn. App. 233 (AC 30547), is denied.

*Martin S. Echter*, in support of the petition.

Decided November 10, 2010

ANTHONY DIBLASE *v.* LOGISTEC OF CONNECTICUT, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 123 Conn. App. 753 (AC 31045), is denied.

*David A. Kelly*, in support of the petition.

Decided November 10, 2010

STATE OF CONNECTICUT *v.* JESUS RUIZ

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 118 (AC 30605), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided November 10, 2010